**JS-6**

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK RADFORD, | ) | CASE NO. 10-CV-09414-GW(SHx) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| FLIGHTSAFETY INTERNATIONAL, INC., and DOES 1 through 10, inclusive, | ) | Hon. George H. Wu<br>Courtroom: 10 |
| Defendants. | ) | |

Having considered the joint stipulation and good cause appearing, the Court orders that the above-entitled action be dismissed in its entirety, with prejudice.

DATED: June 9, 2011

_____
Judge, United States District Court